UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
JOHN EDWARDS,

                                      Plaintiff,

            v.

THE CITY OF NEW YORK, AFP
TRANSFORMERS, LLC, f/k/a INTERNATIONAL
TRANSFORMERS, GEORGE G. SHARP, INC.,
MARINETTE MARINE CORPORATION AND
FINCANTIERI MARINE GROUP, LLC

                                    Defendants.
------------------------------------------------------------------- x

NOTICE OF MOTION TO
ADMIT COUNSEL
PRO HAC VICE

No. 1:10-cv-2624

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto we will move this Court pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Brett Ingerman, a member of the firm of DLA Piper LLP (US) and a member in good standing of the Bar of the State of New York and the Bar of the State of Maryland, as attorney pro hac vice to argue or try this case in whole or in part as counsel for defendant Marinette Marine Corporation and Financtieri Marine Group, LLP. There are no pending disciplinary proceedings against me in any State or Federal court.

EAST\45249460.1

Dated: New York, New York

July 26, 2011

                                          Respectfully submitted,

                                          **DLA Piper LLP (US)**

By: _____

                                          Brett Ingerman
                                          DLA Piper LLP (US)
                                          6225 Smith Avenue
                                          Baltimore, Maryland  21209-3600
                                          Telephone:  (410) 580-3000
                                          Facsimilie:  (410) 580-3001
                                          E-mail:  brett.ingerman@dlapiper.com

                                          *Attorneys for Defendants Marinette Marine Corporation and Fincantieri Marine Group, LLC*

EAST\45249460.1